**James CHANDLER v. STATE.**

No. 17186.

Court of Criminal Appeals of Texas.

Nov. 21, 1934.

W. W. Kirk, of Plainview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for arson; punishment being assessed at confinement in the penitentiary for two years.

Appellant has filed with this court his affidavit advising that he does not desire further to prosecute his appeal, and at his request the same is ordered dismissed.